

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK LIMA,<br><br>Defendant. | Case No. CR16-1847M<br><br>ORDER OF DETENTION |

I.

The Court conducted a detention hearing on October 26, 2016:

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☒ Unverified Background information
- ☒ No bail resources
- ☒ Criminal History includes parole violations and revocations/modifications
- ☒ Failure to Appear – DMV

As to danger to the community:

- ☒ Allegations in present charging document
- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]
- ☒ Criminal History includes felony convictions for grand theft in 2012 for which supervision was violated or revoked, auto theft with the prior felony conviction in 2013, narcotics and firearms convictions in 2014, and battery on a specific person in 2015.
- ☒ Criminal History includes parole violations and revocations/modifications

## V.

- ☐ The Court finds a serious risk that the defendant will
    - ☐ obstruct or attempt to obstruct justice.
    - ☐ threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

## VI.

In addition to the above-referenced criminal history, Defendant has sustained numerous law enforcement contacts in 2015and 2016.

In addition to the factors noted above, the Court finds that defendant's release will pose both a flight risk and a danger to others and the community.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation

with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

[18 U.S.C. § 3142(i)]

Dated: October 27, 2016           _____/s/_____
                                   ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE